UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM THE TALLINN COURTHOUSE OF THE HARJU DISTRICT COURT IN TALLINN, REPUBLIC OF ESTONIA IN THE MATTER OF LAW OFFICE EMERALDLEGAL OÜ, | Case No. 4:25-mc-80163-KAW<br><br>**ORDER TO SERVE 28 U.S.C. § 1782 APPLICATION AND SETTING RESPONSE DEADLINE**<br><br>Re: Dkt. No. 1 |

Applicant United States applied ex parte for an order permitting discovery from Google LLC for use in a foreign proceeding, pursuant to 28 U.S.C. § 1782.

On or before July 10, 2025, Applicant shall serve the ex parte application and this order on Respondent. Applicant shall file a certificate of service and their consent or declination to magistrate judge jurisdiction.

Then, on or before July 24, 2025, the respondents shall file a response to the application and their consent or declination to magistrate judge jurisdiction. The Court will then determine how to proceed.

IT IS SO ORDERED.

Dated: June 26, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge